UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COURTNEY HEBERT, INDIVIDUALLY AS SOLE BENEFICIARY OF THE COURTNEY HEBERT IRREVOCABLE TRUST AND ON BEHALF OF THE COURTNEY HEBERT IRREVOCABLE TRUST<br>Plaintiff | * * * * * * * | CIVIL ACTION NO. _____<br>SECTION "\_" – DIVISION \_<br>JUDGE \_\_\_\_<br>MAGISTRATE JUDGE \_\_\_\_\_ |
| VERSUS | * * | |
| RICHARD J. HEBERT, RICHARD J. TOMENY, JR., LILLIAN LUCILLE LOCICERO, AND FIRST NBC, A CORPORATION LICENSED TO DO AND DOING BUSINESS IN THE STATE OF LOUISIANA<br>Defendants | * * * | |

* * * * * * * * * * * * * * * * *

### NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA

TO:   The Honorable Judge of the United States District Court for the Eastern District of Louisiana.

NOW COMES, Federal Deposit Insurance Corporation ("FDIC-R") as Receiver for First NBC Bank, New Orleans, Louisiana ("FNBC"), and pursuant to 12 U.S.C. § 1819(b)(2)(B) and 28 U.S.C. § 1441, notices the removal of the case styled *Courtney Hebert, Individually and as Sole Beneficiary of the Courtney Hebert Irrevocable Trust and on Behalf of the Courtney Hebert Irrevocable Trust*, No. 2016-09632, Division "M," Section 13, currently pending in the Civil District Court for the Parish of Orleans, State of Louisiana, ("State Court Action") to the United States District Court for the Eastern District of Louisiana, on the grounds that the recent

substitution of FDIC-R for FNBC, as a party, provides removal authority and federal court jurisdiction as shall be more fully described below.

## **BRIEF FACTS**

1. On or about September 20, 2016, Plaintiff Courtney Hebert ("Ms. Hebert") filed a Petition for Recovery of Diverted and Converted Trust Funds, for Breach of Fiduciary Duty to a Trust and Its Beneficiary and for Declaratory Judgment that the Movable Property Converted from the Trust Should Be Declared the Property of the Beneficiary, for Unjust Enrichment, for Revendicatory Action and for Damages (the "Petition") against Richard J. Hebert, Richard J. Tomeny, Jr., Lillian Lucille LoCicero and "First National Bank of Commerce" in the Civil District Court for the Parish of Orleans, State of Louisiana. Ms. Hebert's Petition averred that Marsha Crowle, a previous registered agent for service of process for FNBC, was the registered agent for service of process of First National Bank of Commerce. Thus, FDIC-R substitutes as a party herein only to the extent that "First National Bank of Commerce" is intended to refer to FNBC.

2. The Petition seeks unspecified damages against FNBC.

3. On April 28, 2017, the Louisiana Office of Financial Institutions, through John Ducrest, Commissioner, in the matter styled *In re First NBC Bank, New Orleans, LA, a Louisiana Bank*, No. 17-4057, Civil District Court for the Parish of Orleans, filed a Motion to Close and Liquidate FNBC and to Confirm Appointment of Receiver. A copy of that motion is attached hereto as part of Exhibit "A".

4. Pursuant to an Order dated April 28, 2017, FDIC-R was named the Receiver of FNBC. A copy of the Order appointing FDIC-R is attached hereto as part of Exhibit "A".

5. By letter dated April 28, 2017, FDIC-R accepted appointment as Receiver for FNBC. A copy of that letter is attached as Exhibit "B".

6. Pursuant to both Louisiana Revised Statutes § 6:383 and 12 U.S.C. § 1821(c)(3)(A), FDIC-R has succeeded to all rights, titles, powers and privileges of FNBC.

7. On May 7, 2019, FDIC-R was substituted as Defendant in the State Court Action in FNBC"s stead.  A copy of the Notice of Substitution of Parties reflecting the substitution of FDIC-R as Receiver and party to the State Court Action is attached as Exhibit "C".

## BASIS FOR REMOVAL TO FEDERAL COURT

8. The instant notice of removal is brought in part, pursuant to 28 U.S.C. § 1441(b), which provides in pertinent part:

> Any civil action of which the district court has original jurisdiction founded on a claim or right arising under the constitution, treaties, or laws of the United States shall be removable without regard to the citizenship or residence of the parties.

9. Any civil suit in which FDIC-R, in any capacity, is a party is "deemed to arise under the laws of the United States."  12 U.S.C. § 1819(b)(2)(A); *see also Buckner v. FDIC*, 981 F.2d 816, 819 (5th Cir. 1993); *Bullion Servs., Inc. v. Valley State Bank*, 50 F.3d 705, 707(9th Cir. 1995).

10. Further, FDIC-R has statutory rights to remove the cases in which it is a party from state court to federal court pursuant to 12 U.S.C. §1819 (b)(2)(B), which provides in pertinent part:

> Except as provided in subsection (D) the Corporation may without bond or security, remove any action, suit or proceeding from a state court to the appropriate United States District Court before the end of the ninety (90) day period beginning on the date the action, suit, or proceeding is filed against a corporation or the corporation is substituted as a party.

11. The instant Notice of Removal is being brought within the ninety (90) day period from the date FDIC-R was substituted as a party in the State Court Action.

12. Since FDIC-R is now a party to the State Court Action, the entire State Court Action can be removed to the United States District Court for the Eastern District of Louisiana.

13. FDIC-R has promptly served notice of the filing of this removal to all parties of record in the State Court Action, and to the clerk of the Civil District Court for the Parish of Orleans, State of Louisiana, pursuant to 28 U.S.C. §1446(d).

14. Venue properly lies with this Court pursuant to 28 U.S.C. §1441(a) and §1446(a), as the action is presently pending in the Civil District Court for the Parish of Orleans, State of Louisiana.

15. Copies of all process, pleadings and orders filed in the State Court Action are attached to this Notice of Removal as required by 28 U.S.C. §1446(a). *See* Exhibit "D" *in globo*.

WHEREFORE, FDIC-R respectfully requests that this Court accept the removal of this action from State Court and direct that the Civil District Court of the Parish of Orleans, State of Louisiana, shall have no further jurisdiction over this matter.

Respectfully submitted,

/s/ James M. Garner
LEOPOLD Z. SHER (#12014)
JAMES M. GARNER (#19589)
JACOB A. AIREY (#27933)
BRANDON W. KEAY (#36528)
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Twenty-Eighth Floor
New Orleans, Louisiana 70112
Telephone:  (504) 299-2100
Facsimile:  (504) 299-2300
Email: lsher@shergarner.com
　　　　jgarner@shergarner.com
　　　　jairey@shergarner.com
　　　　bkeay@shergarner.com

**ATTORNEYS FOR FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR FIRST NBC BANK**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on May 7, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record who have registered to receive electronic service, and I effected service upon all other counsel of record by depositing same in the United States Mail, postage prepaid and properly addressed.

/s/ Brandon W. Keay
BRANDON W. KEAY